UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 5292**

Mrs. Yolanda Berbick
Mr. Clive Berbick

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Precinct 42
830 Washington Avenue
Bronx NY.

**COMPLAINT**

Jury Trial:  ☑ Yes     ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names.  The names listed in the above
caption must be identical to those contained in Part I.  Addresses should
not be included here.)_

## I.    Parties in this complaint:

A.    List your name, address and telephone number.  If you are presently in custody, include your
identification number and the name and address of your current place of confinement.  Do the same
for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name   Mrs. Yolanda Berbick   Mr. Clive Berbick
Street Address   P.O. Box 708
County, City   Mount Vernon
State & Zip Code   NY  10551
Telephone Number   203-808-9475

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where each
defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained
in the above caption.  Attach additional sheets of paper as necessary.

SDNY PRO SE OFFICE
RECEIVED

Defendant  No. 1     Name  *Precinct 42*
                     Street Address  *830 Washington Avenue*
                     County, City  *Bronx*
                     State & Zip Code  *NY*
                     Telephone Number  *212-542-4771*

Defendant  No. 2     Name  _____
                     Street Address  _____
                     County, City  _____
                     State & Zip Code  _____
                     Telephone Number  _____

Defendant  No. 3     Name  _____
                     Street Address  _____
                     County, City  _____
                     State & Zip Code  _____
                     Telephone Number  _____

Defendant  No. 4     Name  _____
                     Street Address  _____
                     County, City  _____
                     State & Zip Code  _____
                     Telephone Number  _____

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Questions                    ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

*Rev. 05/2010*

## III.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? 3-4-2011 East 166 Street Between Union Avenue and Prospect Avenue / Various other locations.

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
3-4-2011      2:15pm

C.    Facts: Our Van was taken on 3-4-2011, this precinct 42 Officers came to call, they frisk Clive Berbick when he was very sick and also Physical weak, they didn't ask him anything about the taken, of his Vehical, the officers also wrote up with Ems worker medical report wrong, which cause Mr. Clive Berbick to be in the Physic unit, which was unessary. We believe this precinct 42 is working with precinct 28, regarding April 23, 2010.

> What happened to you?

> Who did what?

> Was anyone else involved?

> Who else saw what happened?

We were in front of a Church, a priest saw everything.

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. *We will sue precinct 42 for twenty five million dollars.*

---

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 26th day of June , 20 11 .

                                Signature of Plaintiff    *Mrs. Yolanda Berbick*

                                Mailing Address    *P.O. Box 708*

                                                      *Mt. Vernon NY. 10551*

                                Telephone Number    *203-808-9415*

                                Fax Number *(if you have one)* _____

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                                Signature of Plaintiff:    _____

                                Inmate Number    _____