USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Second

Mrs Yolanda Beebick
Mr Clive Beebick

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

-against-

Police Officer Lieutenant Ivan Gonzalez Tax#901620
Police Officer Carl Hall Tax# 934985
Police Officer Jason Bragg Tax#938105
Police Officer Liseppe Jordan Tax#926198

Jury Trial: ☑ Yes   ☐ No
(check one)

11 Civ. 5292 (CS)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name  Mrs Yolanda Beebick, Mr Clive Beebick
ID#  11 Civ. 5292 (CS)
Current Institution
Address  P.O. Box 708
Mount Vernon NY 10551

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Police Officer Lieutenant Ivan Gonzalez   Shield # Tax# 90160
Where Currently Employed  Police Service Area #7
Address  737 Melrose Avenue,
Bronx, New York 10451

*Rev. 01/2010*                                           1



RECEIVED
FEB 07 2012
PRO SE OFFICE

|  |  |
|---|---|
| Defendant No. 2 | Name *Police Officer Liseppe Jordan* Shield # *Tax # 926198*<br>Where Currently Employed *Bronx Court Section*<br>Address *215 East 161st Street*<br>*Bronx NY 10451* |
| Defendant No. 3 | Name *Police Officer Carl Hall* Shield # *Tax # 934985*<br>Where Currently Employed *42nd Precinct*<br>Address *830 Washington Avenue*<br>*Bronx New York 10451* |
| Defendant No. 4 | Name *Police Officer Jason Bragg* Shield # *Tax # 938105*<br>Where Currently Employed *42nd Precinct*<br>Address *830 Washington Avenue*<br>*Bronx New York 10451* |
| Defendant No. 5 | Name _____ Shield # _____<br>Where Currently Employed _____<br>Address _____ |

[Who did what?]

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
*E 166 St. in between Prospect Ave and Union Avenue in the Bronx NY*

B. Where in the institution did the events giving rise to your claim(s) occur?
*Outside at E 166 ST in between Prospect Ave and Union Avenue in the Bronx NY*

C. What date and approximate time did the events giving rise to your claim(s) occur?
*On Afternoon of March 4, 2011*

D. Facts: _____

[What happened to you?]

*See Attachment*

Rev. 01/2010                             2

On March 4, 2011 I Clive Berbick was not feeling too good. So me and my wife went outside to check on our van. That where we keep food that we get from the pantry, because we are homeless. And the shelter that we stay at is a non-cooking facility. But our van was missing where we got to it. My wife call 911 to explain the situation about the van. But she also told the operator that I wasn't feeling too good, and I didn't need a ambulance. So two police officer cars came on the call and also a third police officer with a three wheeler car came. Four police officer was involve, Lieutenant Ivan Gonzalez, police officer Carl Hall, police officer Jason Bragg, and police officer Liseppe Jordan. The police officer that came on the seen, ask me if I need a ambulance? I said no, and he keep asking me the same question? do you need a ambulance? So a ambulance came and the EMT ask me would I like my blood pressure to be taking. I said yes. But as soon as I said yes a male police officer and a female officer tell me to raise my hand, and they started to frisking me, has I got inside of the ambulance the EMT worker start asking me question. And then he took my blood pressure and it was O.K. But he didn't want me to leave the ambulance. At that moment the police officer was around the ambulance, so that me and my wife could not get out of the ambulance. They follow the ambulance to the hospital. When we got to Saint Barnabas Hospital, they take me inside in a wheel chair, to the psychiatric unit.

Continue on other side of paper

The police officer from 42 precint made a Fraudelent claim to 911 that I need psychiatric. At the Time My wife was 36 week pregnant, and we didn't have food to eat, because they took our Van with everything Inside, with all our clothes and underwear, And the clothes for the Unborn baby. I was release from the Hospital the same Night the police officers made a Fraudelent Claim. That wrong. The police station need to be Investigated, and get rid off those crooked police officer

|Was anyone else involved?|

|Who else saw what happened?|

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

*Emotional Humiliation MisTrust the police department UnJustice*

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____   No _____   Do Not Know __✓__   N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _____   Do Not Know __✓__

If YES, which claim(s)?   N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No __✓__   N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No _____   N/A

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve?   N/A
_____

2. What was the result, if any?   N/A
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.   N/A
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:   N/A
_____
_____

*Rev. 01/2010*                               4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Would Like the Court To Resolve The Situation With a Settlement OF 10 Million dollar For Each defendant

*Rev. 01/2010*          5

_____
_____
_____

**VI.     Previous lawsuits:**

<div style="border:1px solid;">On these claims</div>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No _✓_

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
_____

   _____3.    Docket or Index number _____

   _____4.    Name of Judge assigned to your case_____

   5.    Approximate date of filing lawsuit _____

   6.    Is the case still pending? Yes _____ No _____
         If NO, give the approximate date of disposition_____

   7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

<div style="border:1px solid;">On other claims</div>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____  No _✓_

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

   2.    Court (if federal court, name the district; if state court, name the county) _____
_____

   _____3.    Docket or Index number _____

   _____4.    Name of Judge assigned to your case_____

   5.    Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes ____ No ____
    If NO, give the approximate date of disposition_____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
    _____
    _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

        Signature of Plaintiff _____
        Inmate Number   _____
        Institution Address  _____
                    _____
                    _____

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __7__ day of __Feb.__, 20_12_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

              Signature of Plaintiff: _/s/ Mrs. Yolanda Beard_